1

2

3

4

5

6

**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687

7

8

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, KEVIN BARTLETT, JOHN WHITNEY

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| LINDSEY PILOTTI,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD SGT. KEVIN BARTLETT, individually; VPD SGT. JOHN WHITNEY, individually; and DOES 1 through 50,<br><br>                    Defendants. | Case No.  2:13-CV-00318-JAM-AC<br><br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

20

21

22

23

          **PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED** that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

24

25

DATED:   12/4/2013                              /s/ John A. Mendez_____ ____ _____
                                                       UNITED STATES DISTRICT COURT JUDGE

26

27

28