**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, KEVIN BARTLETT, JOHN WHITNEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LINDSEY PILOTTI,<br><br>               Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD SGT. KEVIN BARTLETT, individually; VPD SGT. JOHN WHITNEY, individually; and DOES 1 through 50,<br><br>               Defendants. | Case No.  2:13-CV-00318-JAM-AC<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED** that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

DATED:   12/4/2013                         /s/ John A. Mendez_____
                                                                    UNITED STATES DISTRICT COURT JUDGE